| PROB 22 (Rev. 2/88) | | | DOCKET NUMBER *(Tran. Court)* 2:09-CR-465-GMN-RJJ |
|---|---|---|---|
| TRANSFER OF JURISDICTION | | | DOCKET NUMBER *(Rec. Court)* CR 12 0401 JSW |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE William Chet-er-i McCovery | DISTRICT NEVADA | DIVISION U.S. Probation Office | |
| | NAME OF SENTENCING JUDGE Gloria M. Navarro | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 3/31/11 | TO 3/30/14 |

**OFFENSE**

False Statement in Acquisition of a Firearm

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 3, 2012

Gloria M. Navarro
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/18/12
Effective Date

United States District Judge